# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

### No. 98-60426
_____

## UNITED STATES FIDELITY AND GUARANTY COMPANY,

**Plaintiffs-Appellee
Cross-Appellants,**

**versus**

## KING ENTERPRISES, INC.,

**Defendant-Appellant
Cross-Appellee.**

_____

### Appeal from the United States District Court
### for the Northern District of Mississippi
### (3:95-CV-184-S)
_____

## November 5, 1999

**Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges:**

**PER CURIAM:**[*]

   **AFFIRMED.** See 5th Cir. Rule 47.6.

---

   [*]   Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under t he limited circumstances set forth in 5th Cir.l Rule 47.5.4.